District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL HAMEED HASHIMI, | No. 2:23-cv-1348RSL |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated Plaintiff's Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION FOR DISMISSAL   - 1
(23-cv-1348-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated: November 3, 2023 | Respectfully submitted, |
| 2 | | TESSA M. GORMAN |
| | | Acting United States Attorney |
| 3 | | |
| 4 | | <u>s/Michelle R. Lambert</u> |
| | | MICHELLE R. LAMBERT, NYS #4666657 |
| | | Assistant United States Attorney |
| 5 | | United States Attorney's Office |
| | | 1201 Pacific Avenue, Suite 700 |
| 6 | | Tacoma, Washington 98402 |
| | | Phone:  206-428-3824 |
| 7 | | Email:  michelle.lambert@usdoj.gov |
| | | *Attorneys for Defendants* |
| 8 | | |
| | | *I certify that this memorandum contains 74* |
| 9 | | *words, in compliance with the Local Civil* |
| | | *Rules.* |
| 10 | | |
| 11 | | <u>s/Jane Marie O'Sullivan</u> |
| | | JANE MARIE O'SULLIVAN |
| 12 | | WSBA#34486 |
| | | O'Sullivan Law Office |
| 13 | | 2417 Pacific Avenue SE, 2nd Floor |
| | | Olympia, Washington 98501 |
| 14 | | Phone: 206-340-9980 |
| | | Email:  jane@osullivanlawoffice.com |
| 15 | | *Attorneys for Plaintiff* |

STIPULATED MOTION FOR DISMISSAL        - 2                    UNITED STATES ATTORNEY
(23-cv-1348-RSL)                                              700 STEWART STREET, SUITE 5220
                                                              SEATTLE, WASHINGTON 98101
                                                              (206) 553-7970

## ORDER

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 6th day of November, 2023.

*[signature]*

ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR DISMISSAL - 3
(23-cv-1348-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970